IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LESLEY DEMOND, §
§
Plaintiff, §
§
v. § Civil Action No. 3:17-CV-1322-D
§
INFINITI HR LLC, et al., §
§
Defendants. §

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and counter-plaintiff Online Sales Step by Step, LLC d/b/a eGrowth Partners' motion for a temporary restraining order, filed July 23, 2017, is denied.

**SO ORDERED**.

August 31, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE